**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RYAN C. DREXLER,<br><br>Defendant. | Case No. 2:23-cv-05102-MCS-RAO<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN AFFIRMATIVE DEFENSES PLED IN THE ANSWER OF DEFENDANT RYAN C. DREXLER (ECF No. 36)** |

Having considered the Stipulation of the parties to dismiss certain affirmative defenses pled in the Answer filed by Defendant Ryan C. Drexler, the Court, finding good cause, hereby ORDERS as follows:

The fifth, sixth, ninth, and tenth affirmative defenses from Defendant's Answer are hereby dismissed without prejudice. The eighth affirmative defense is dismissed without prejudice, but only as to the laches defense.

**IT IS SO ORDERED.**



DATED: November 13, 2023

Mark C. Scarsi
United States District Judge