Daniel B. Garrie
JAMS
555 West 5th Street, 52nd Floor
Los Angeles, CA 90013
Telephone: (855) 529-2466
Email: dgarrie@jamsadr.com

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN C. DREXLER,<br><br>  Defendant. | Case No. 2:23-cv-05102-MCS (JCx)<br><br>**STATUS REPORT RE: SPECIAL MASTER'S REPORT** |

Special Master Daniel Garrie respectfully submits this report regarding the status of the Special Master's report that is within the scope of the Special Master's duties pursuant to the Order Appointing Special Master dated July 22, 2024. As set out in the Order Appointing Special Master, the Special Master is to produce a report detailing "(1) the Special Master's determination of how many of the documents at issue (the "Documents") were not shared with third parties such that there remains a colorable privilege claim; (2) the general nature of the Documents, including what the Documents consist of, their general length, and other pertinent details; and (3) an estimate as to how many person hours would be required to conduct a review of the Documents that were not shared with third parties."

As set out in the parties' status update to the court dated August 2, 2024, there have been delays in the process of searching the Documents for email domains that may impact privilege determinations and obtaining the Documents themselves from the discovery vendor. After

coordinating with the discovery vendor and the parties in the last few weeks, I have now received the Documents and the necessary information to complete my report pursuant to my appointment order and expect to submit my report to the court next week.

DATED: September 19, 2024          Respectfully submitted,

Daniel Garrie

By: _____
Daniel Garrie
JAMS Special Master