Daniel B. Garrie
JAMS
555 West 5th Street, 52nd Floor
Los Angeles, CA 90013
Telephone: (855) 529-2466
Email: dgarrie@jamsadr.com

Special Master

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RYAN C. DREXLER,<br><br>Defendant. | Case No. 2:23-cv-05102-MCS (JCx)<br><br>**SPECIAL MASTER'S REPORT** |

      Special Master Daniel Garrie respectfully submits this report pursuant to the Order Appointing Special Master dated July 22, 2024. As set out in the Order Appointing Special Master, the Special Master's report is to include "(1) the Special Master's determination of how many of the documents at issue (the "Documents") were not shared with third parties such that there remains a colorable privilege claim; (2) the general nature of the Documents, including what the Documents consist of, their general length, and other pertinent details; and (3) an estimate as to how many person hours would be required to conduct a review of the Documents that were not shared with third parties." Pursuant to the Order Appointing Special Master, the Special Master is to analyze the email domains of the emails in the Documents to determine which Documents were not shared with third parties via email. *See* Order Appointing Special Master, at 4.

      The Special Master's findings with respect to each of these three items are set out below. All numbers used herein refer to the number of unique Documents after deduplicating.

**SPECIAL MASTER'S REPORT**

1. **The number of Documents not shared with third parties via email.** The number of Documents not shared with third parties via email is 33,379. As an initial step in this analysis, I provided a list of all email domains in the headers of the emails in the Documents to the parties. The parties then identified the email domains that belong to third parties. I then determined the number of Documents that were not emails with third-party domains in the header or attachments to emails with third party domains in the header. I note that this method does not account for Documents that may have been shared via methods other than email such as shared drives, removable storage, hard copies, etc.

2. **General nature of the Documents.** There are 41,458 Documents, which mostly consist of emails (.msg/.eml), PDFs (.pdf), spreadsheets (.xlsx/.xls), and Word docs (.docx/.doc). A complete breakdown of the Documents by file type extension is as follows:

| File Type | Number of Documents | File Type | Number of Documents |
|---|---|---|---|
| .msg | 16,143 | .emf | 74 |
| .pdf | 8,921 | .rtf | 44 |
| .xlsx | 7,833 | .ad | 37 |
| .docx | 3,523 | .gif | 28 |
| .htm | 1,354 | .wmf | 28 |
| .jpg | 833 | .xlsm | 24 |
| .png | 626 | .mso | 20 |
| .doc | 491 | .eml | 16 |
| .txt | 437 | .bin | 10 |
| .ics | 190 | .tmp | 9 |
| .xlsb | 177 | .xlt | 9 |
| .csv | 156 | .ppt | 8 |
| .xls | 149 | .ds_store | 3 |
| .xml | 126 | .dotx | 1 |
| .pptx | 97 | .one | 1 |
| .tif | 90 | | |

10,704 Documents (mostly Word docs and PDFs) have page count information available in the metadata. The total number of pages in these 10,704 Documents is 269,345, for an average of about 25.2 pages per Document. Emails generally did not

have page count information available in the metadata. A cursory review of the emails determined that the emails varied in length, with most falling within a range of 1 to 10 pages. Spreadsheets generally did not have page count information available in the metadata. A cursory review of the spreadsheets determined that the spreadsheets varied dramatically in length, with some consisting of a single tab that could fit on a single printed page and some consisting of 20+ tabs that each would fill multiple printed pages.

3. **Estimate of the number of hours to review the Documents not shared with third parties.** I estimate that it would take approximately 350-400 person hours for knowledgeable reviewers to perform a manual privilege review of the Documents not shared with third parties. This is assuming that most Documents could be reviewed within 30-45 seconds, though some may take considerably more or less time depending on the type of document and length.

I note that the time to review the Documents not shared with third parties could be significantly reduced through the use of search of terms or other delimiters. For example, a possible approach could be to filter the Documents by date to the relevant time period and run a set of search terms intended to identify privileged documents. To ensure the search terms did not exclude privileged Documents, a statistically significant sample of the Documents that did not hit on the search terms could be reviewed. If the sample contains an amount of privileged Documents above an agreed upon threshold (e.g. 10%), the search terms and delimiters can be adjusted and the search and sampling process repeated until the sample is below the agreed upon threshold. At this point the search terms results can be reviewed for privilege. This is one example of a possible method for narrowing the scope of Documents to review. Any proposed method could be tailored based on feedback from the parties.

...

DATED: September 30, 2024

Respectfully submitted,

Daniel Garrie

By: _____
Daniel Garrie
JAMS Special Master