ZACHARY T. CARLYLE (*pro hac vice*)
CarlyleZ@sec.gov
SHARAN E. LIEBERMAN (*pro hac vice*)
LiebermanS@sec.gov
JACQUELINE M. MOESSNER (*pro hac vice*)
MoessnerJ@sec.gov
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone:  (303) 844-1000
Facsimile:  (303) 297-3529

Local Counsel:
DANIEL BLAU (Cal. Bar No. 305008)
blaud@sec.gov
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone:  (323) 965-3306
Facsimile:  (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN C. DREXLER<br><br>Defendant. | Case No. 2:23-cv-05102-MCS (JCx)<br><br>**STIPULATION TO STAY PROCEEDINGS AND ADJOURN DEADLINES PENDING CONSIDERATION OF SETTLEMENT PROPOSAL**<br><br>*Filed Concurrently with [Proposed] Order and Declarations of Zachary T. Carlyle and Michael G. Freedman* |

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and Civil Local Rules 7-1, 16-14, and this Court's Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi (ECF No. 7 at 3-4), Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendant Ryan C. Drexler ("Defendant"), through their undersigned counsel, hereby notify the Court that Mr. Drexler and counsel for the SEC have reached an agreement in principle on a proposed settlement and stipulate, subject to the Court's approval, to a stay of the proceedings and adjournment of all deadlines in this case pending the Commission's consideration of the settlement proposal. *See* Declarations of Zachary T. Carlyle and Michael G. Freedman, attached hereto as Exhibits 1 and 2, respectively.

Mr. Drexler, through his counsel, represents that he has executed a consent to entry of a judgment that reflects the terms of a settlement negotiated by his counsel and counsel for the SEC and that he is in the process of transmitting the original signed and notarized consent to counsel for the SEC. Ex. 2, ¶¶ 2-4. Counsel for the SEC intends to recommend that the Commission accept Mr. Drexler's offer of settlement. Ex. 1, ¶¶ 2, 3.

The SEC notes that its decision-making body consists of Commissioners appointed by the President with the advice and consent of the Senate. *See* 15 U.S.C. § 78d(a); *see also* Ex. 1, ¶ 4. Only the Commissioners, and not the staff of the SEC, have authority to settle an action filed in federal District Court. *Id.* After executed settlement documents are provided to the SEC staff, the process to determine if the Commission will accept the settlement offer can take approximately two months. *Id.*, ¶ 5. Once the SEC's Commissioners consider the proposed settlement, the SEC will promptly notify the Court of the result, and if the SEC's Commissioners approve the settlement, the SEC will promptly file the appropriate settlement paperwork requesting the Court to enter Final Judgment. *Id.*, ¶ 6.

The SEC and Mr. Drexler stipulate, subject to the Court's approval, that these proceedings should be stayed and all deadlines vacated because leaving the deadlines

in place would require the parties to expend substantial resources while the Commission considers Mr. Drexler's settlement offer. *See* Dkt. No. 84, Order Setting Dates. *See* Ex. 1, ¶¶ 7-10; Ex. 2, ¶¶ 6-9. Mr. Drexler's deposition is noticed for June 10, 2025, and the parties will expend significant additional resources on expert disclosures and propounding and responding to written discovery in advance of the July 14, 2025, fact discovery cutoff and initial expert disclosure deadline. *Id.* Further, a stay and adjournment of case deadlines will further conserve the Court's resources because a stay will eliminate the need to resolve the Special Master process and other upcoming pretrial deadlines. *Id.*

**WHEREFORE** for the foregoing reasons and good cause shown, the SEC and Mr. Drexler have entered into this stipulation and request that the Court approve the joint stipulation and enter an order adjourning all case deadlines to allow the SEC staff to seek the Commissioners' approval of the proposed settlement.

SUBJECT TO COURT APPROVAL, IT IS SO STIPULATED.

DATED: June 2, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

s/*Zachary T. Carlyle*
Daniel Blau
Zachary T. Carlyle
Sharan E. Lieberman
Jacqueline M. Moessner
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

DATED:  June 2, 2025

            THE FREEDMAN FIRM PC


            s/*<u>*Michael G. Freedman*</u>
            Michael G. Freedman
            *Attorney for Defendant*
            *Ryan C. Drexler*


<u>*L.R. 5-4.3.4(a)(2)(i) ATTESTATION</u>

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

           <u> */s/ Zachary T. Carlyle*</u>
           Zachary T. Carlyle