UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:23-cv-05102-MCS-JC** | Date | June 4, 2025 |
| Title | ***SEC v. Drexler*** | | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: STIPULATION TO STAY PROCEEDINGS AND ADJOURN DEADLINES (ECF NO. 85) (JS-6)**

The parties represent that they reached a settlement in principle of this action. The settlement is subject to approval by the Commissioners of the Securities and Exchange Commission, so the parties stipulate for a court order stipulating to vacate all case deadlines and stay the case pending settlement approval. (Stip., ECF No. 85.)

The Court denies the stipulation. Consistent with its standard practice upon receiving a notice of settlement, for the reasons presented in the stipulation, the Court orders that the action be dismissed without prejudice. All hearings and deadlines are vacated. The Court retains jurisdiction to vacate this Order and reopen the action within 90 days upon a request supported by a showing of good cause why the settlement cannot be completed within the 90-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded.

///

This Order does not preclude the filing of a stipulation of dismissal with prejudice, which does not require the approval of the Court. Fed. R. Civ. P. 41(a)(1)(A). Such a stipulation shall be filed within 90 days unless otherwise ordered by the Court pursuant to a stipulation of the parties supported by good cause.

**IT IS SO ORDERED.**