*WHEN RECORDED MAIL TO:*

United States Securities and Exchange Commission
Division of Enforcement
Office of Collections
Attn: LuCinda Kimmons
100 F Street NE, Mailstop 5628
Washington, D.C. 20549-5628

Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF(S),<br>v.<br>RYAN C. DREXLER<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:23-cv-05102-MCS-JC<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 26, 2025
in favor of United States Securities and Exchange Commission
whose address is 100 F Street, NE, Mailstop 5628, Washington, DC 20549-5628
and against Ryan C. Drexler
whose last known address is 10000 Santa Monica Blvd., Unit 1, Los Angeles, CA 90067
for $ 75,000.00 Principal, $ ______ Interest, $ ______ Costs,
and $ ______ Attorney Fees.

ATTESTED this 20th day of March, 2026.
Judgment debtor's driver's license no. and state; ______ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 0120 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends ______

Judgment debtor's attorney's name and address and/or address at which summons was served:

10000 Santa Monica Blvd.
Unit 1
Los Angeles, CA 90067

CLERK, U.S. DISTRICT COURT

By Johanie Banegas
Deputy Clerk
JOHANIE BANEGAS

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1245

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***